**Motion Granted and Order filed December 23, 2019.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-01006-CV
_____

## IN RE MEMORIAL HERMANN HEALTH SYSTEM D/B/A MEMORIAL HERMANN-TEXAS MEDICAL CENTER, Relator

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
55th District Court
Harris County, Texas
Trial Court Cause No. 2018-74199**

## ORDER

On December 23, 2019, relator Memorial Hermann Health System d/b/a Memorial Hermann-Texas Medical Center, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Latosha Lewis Payne, Judge of the 55th District Court, in Harris County, Texas, to set aside her order dated

November 25, 2019, overruling relator's objections to discovery, entered in trial court number 2018-74199, styled *Chaun Poole v. Billy Duggan and Jessica Duggan*.

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On December 23, 2019, relator asks this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus. Real party in interest, Chaun Poole, filed a response to the motion for temporary stay.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the November 25, 2019 order overruling relator's objections to discovery entered in trial court cause number 2018-74199, *Chaun Poole v. Billy Duggan and Jessica Duggan,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests Poole to file a response to the petition for writ of mandamus on or before **January 6, 2020.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Chief Frost and Justices Christopher and Bourliot.